THE CORN EXCHANGE BANK OF CHICAGO, Appellant, v. ALPHONZO W. BLYE, Respondent.

(Argued June 23, 1887; decided July 1, 1887.)

*L. A. Gould* for appellant.

*Elihu Root* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

WILLIAM H. OLMSTED, Respondent, v. THE ROCHESTER AND PITTSBURGH RAILROAD COMPANY et al., Appellants.

(Argued June 23, 1887; decided July 1, 1887.)

*Wheeler H. Peckham* for appellants.

*John Proctor Clarke* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, Appellant, v. THE TONAWANDA VALLEY AND CUBA RAILROAD COMPANY et al., Respondents.

(Argued June 27, 1887; decided July 1, 1887.)

*O. P. Buell* for appellant.

*Herbert B. Turner* for respondents.

Agree to affirm on opinion below.
All concur except ANDREWS J., not sitting.
Judgment affirmed.